# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Vincent Williams,** | ) | **CASE NO. 1: 16 CV 2420** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | **Judgment Entry** |
| **Patricia Stipek,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Court's accompanying Memorandum of Opinion and Order, this action is dismissed pursuant to 28 U.S.C. §1915(e).  The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 1/9/17